CIVIL ACTION NO. 5:10-0463

RECEIVED
APR - 8 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

4-5-10

Dear Clerk of Court,

I am a inmate at Federal Correctional Institution-Beckley. I received from you a packet on 3-9-10 to file a federal complaint. I submitted to the FCI-Beckley Accounting Dept. a form for them to fill out about my prison account information. The prison has refused to submit this information or return my forms. I have filed a grievance with the prison about this which they also refuse to answer.

I have requested copies of my complaint to send you since 3-14-10. My case manager finally on the morning of 4-1 came and picked my complaint up to make copies. Since he has failed and refused to return my complaint or copies.

I was scheduled to go to a halfway house on 3-30-10 which I have not. My final release date from the system is 7-18-10. I am currently being held in the Special Housing Unit, "SHU", under administrative detention. I have no charges against me nor no current investigation on me by the Bureau of Prisons.

I currently have an attorney in Charlotte, N.C., James P. McLoughlin, Jr. - 704-331-1054, who the prison officials will not allow me to call. Mr. McLoughlin set up an attorney-client call with me for 4-7-10 after nearly 2 weeks of attempting this. I was informed on 4-2 that they would not allow me to still talk to my attorney because of a claim of someone taking a vacation. I have requested an attorney call for more than 7 weeks.

I cannot talk to my attorney and I have been and I am currently being denied access to the courts.

I know that a judge cannot call or give his

1

OPINION, BUT CANNOT HIS CLERK OR YOU CALL THE PRISON ABOUT THIS?

I ALSO NEED ANOTHER PACKET MAILED TO MY TO FILE MY COMPLAINT BECAUSE OF THEM TAKING MY OTHER ONE.

I HAVE FOLLOWED THE PROPER ORDER IN THE PRISON TO RESOLVE THIS SITUATION TO NO AVAIL.

PLEASE HELP ME! I SHOULDN'T EVEN BE HERE. MY ATTORNEY HAS WRITTEN THE WARDEN WITH NO RESPONSE ON MORE THAN ONE OCCASION.

RESPECTFULLY YOURS,

Roger Webb 21647-058

ROGER WACSH 21647-058
FEDERAL CORRECTIONAL INSTITUTION-BECKLEY
P.O. Box 350
BEAVER, WV 25813

CHARLESTON WV 250
07 APR 2010 PM 3 T

CLERK
U.S. DISTRICT COURTHOUSE
110 NORTH HEBER STREET, Room 119
BECKLEY, WV 25801

