# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

ROGER WALSH,

        Plaintiff,

v.                                     CIVIL ACTION NO. 5:10-cv-00463

DAVID BERKEBILE,

        Defendant.

## JUDGMENT ORDER

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's Complaint, the Court **ORDERS** that judgment be entered in favor of the Defendant and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                              ENTER:      April 22, 2011

*[Signature: Irene C. Berger]*

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA